**EXHIBIT "A"**

*Scheduled G*

*Homeowner Benefit Agreements*

Sheet1

| contractId | notarizedDt |
|---|---|
| 39977 | 10/26/2022 |
| 39893 | 10/25/2022 |
| 39768 | 10/24/2022 |
| 39729 | 10/22/2022 |
| 39658 | 10/21/2022 |
| 39594 | 10/21/2022 |
| 39637 | 10/20/2022 |
| 39583 | 10/20/2022 |
| 39576 | 10/20/2022 |
| 39545 | 10/19/2022 |
| 39534 | 10/19/2022 |
| 39526 | 10/19/2022 |
| 39525 | 10/19/2022 |
| 39524 | 10/19/2022 |
| 39485 | 10/19/2022 |
| 39484 | 10/19/2022 |
| 39470 | 10/18/2022 |
| 39462 | 10/18/2022 |
| 39437 | 10/18/2022 |
| 39412 | 10/17/2022 |
| 39366 | 10/16/2022 |
| 39336 | 10/15/2022 |
| 39335 | 10/15/2022 |
| 39330 | 10/15/2022 |
| 39311 | 10/14/2022 |
| 39288 | 10/14/2022 |
| 39259 | 10/14/2022 |
| 39239 | 10/14/2022 |
| 39231 | 10/13/2022 |
| 39223 | 10/13/2022 |
| 39215 | 10/13/2022 |
| 39208 | 10/13/2022 |
| 39207 | 10/13/2022 |

Sheet1

| | |
|---|---|
| 39205 | 10/13/2022 |
| 39198 | 10/13/2022 |
| 39196 | 10/13/2022 |
| 39194 | 10/13/2022 |
| 39188 | 10/13/2022 |
| 39182 | 10/13/2022 |
| 39179 | 10/13/2022 |
| 39176 | 10/13/2022 |
| 39151 | 10/13/2022 |
| 39109 | 10/12/2022 |
| 39106 | 10/12/2022 |
| 39105 | 10/12/2022 |
| 39104 | 10/12/2022 |
| 39102 | 10/12/2022 |
| 38981 | 10/10/2022 |
| 38945 | 10/10/2022 |
| 38913 | 10/10/2022 |
| 38906 | 10/10/2022 |
| 38874 | 10/9/2022 |
| 38873 | 10/9/2022 |
| 38868 | 10/9/2022 |
| 38837 | 10/8/2022 |
| 38828 | 10/8/2022 |
| 38824 | 10/7/2022 |
| 38791 | 10/7/2022 |
| 38769 | 10/7/2022 |
| 38739 | 10/7/2022 |
| 38732 | 10/7/2022 |
| 38731 | 10/7/2022 |
| 38724 | 10/6/2022 |
| 38723 | 10/6/2022 |
| 38718 | 10/6/2022 |
| 38676 | 10/6/2022 |
| 38668 | 10/6/2022 |

Sheet1

| | |
|---|---|
| 38667 | 10/6/2022 |
| 38626 | 10/5/2022 |
| 38622 | 10/5/2022 |
| 38597 | 10/5/2022 |
| 38588 | 10/5/2022 |
| 38580 | 10/5/2022 |
| 38571 | 10/5/2022 |
| 38532 | 10/5/2022 |
| 38528 | 10/5/2022 |
| 38506 | 10/5/2022 |
| 38490 | 10/5/2022 |
| 38727 | 10/4/2022 |
| 38497 | 10/4/2022 |
| 38454 | 10/4/2022 |
| 38419 | 10/4/2022 |
| 38489 | 10/3/2022 |
| 38382 | 10/3/2022 |
| 38360 | 10/3/2022 |
| 38318 | 10/3/2022 |
| 38265 | 10/2/2022 |
| 38230 | 9/30/2022 |
| 38226 | 9/30/2022 |
| 38222 | 9/30/2022 |
| 38211 | 9/30/2022 |
| 38118 | 9/29/2022 |
| 38106 | 9/29/2022 |
| 38094 | 9/29/2022 |
| 38091 | 9/29/2022 |
| 38080 | 9/29/2022 |
| 38077 | 9/29/2022 |
| 38062 | 9/29/2022 |
| 38035 | 9/27/2022 |
| 38024 | 9/27/2022 |
| 38009 | 9/27/2022 |

Sheet1

| | |
|---|---|
| 37928 | 9/26/2022 |
| 37906 | 9/26/2022 |
| 37901 | 9/26/2022 |
| 37877 | 9/26/2022 |
| 37873 | 9/26/2022 |
| 37868 | 9/26/2022 |
| 37856 | 9/26/2022 |
| 37841 | 9/26/2022 |
| 37829 | 9/25/2022 |
| 37779 | 9/25/2022 |
| 37750 | 9/24/2022 |
| 37747 | 9/24/2022 |
| 37738 | 9/24/2022 |
| 37737 | 9/24/2022 |
| 37726 | 9/24/2022 |
| 37716 | 9/24/2022 |
| 37753 | 9/23/2022 |
| 37686 | 9/23/2022 |
| 37647 | 9/23/2022 |
| 37640 | 9/23/2022 |
| 37635 | 9/23/2022 |
| 37612 | 9/23/2022 |
| 37560 | 9/23/2022 |
| 37500 | 9/22/2022 |
| 37498 | 9/22/2022 |
| 37479 | 9/22/2022 |
| 37471 | 9/22/2022 |
| 37465 | 9/22/2022 |
| 37388 | 9/22/2022 |
| 37332 | 9/21/2022 |
| 37316 | 9/21/2022 |
| 37311 | 9/21/2022 |
| 37291 | 9/21/2022 |
| 37289 | 9/21/2022 |

Sheet1

| | |
|---|---|
| 37254 | 9/20/2022 |
| 37241 | 9/20/2022 |
| 37227 | 9/20/2022 |
| 37210 | 9/20/2022 |
| 37203 | 9/20/2022 |
| 37188 | 9/20/2022 |
| 37167 | 9/20/2022 |
| 37128 | 9/19/2022 |
| 37116 | 9/19/2022 |
| 37105 | 9/19/2022 |
| 36999 | 9/18/2022 |
| 36997 | 9/18/2022 |
| 36988 | 9/18/2022 |
| 36986 | 9/18/2022 |
| 37044 | 9/17/2022 |
| 36949 | 9/17/2022 |
| 36947 | 9/17/2022 |
| 36894 | 9/16/2022 |
| 36886 | 9/16/2022 |
| 36882 | 9/16/2022 |
| 36842 | 9/16/2022 |
| 36839 | 9/16/2022 |
| 36788 | 9/16/2022 |
| 36768 | 9/15/2022 |
| 36700 | 9/15/2022 |
| 36612 | 9/14/2022 |
| 36608 | 9/14/2022 |
| 36582 | 9/14/2022 |
| 36530 | 9/14/2022 |
| 36492 | 9/14/2022 |
| 36481 | 9/13/2022 |
| 36468 | 9/13/2022 |
| 36466 | 9/13/2022 |
| 36438 | 9/13/2022 |

Sheet1

| | |
|---|---|
| 36368 | 9/13/2022 |
| 35824 | 9/13/2022 |
| 36179 | 9/10/2022 |
| 36154 | 9/10/2022 |
| 36135 | 9/10/2022 |
| 36137 | 9/9/2022 |
| 36134 | 9/9/2022 |
| 36084 | 9/9/2022 |
| 36030 | 9/9/2022 |
| 36027 | 9/9/2022 |
| 36012 | 9/9/2022 |
| 36009 | 9/9/2022 |
| 36004 | 9/9/2022 |
| 35974 | 9/9/2022 |
| 35960 | 9/9/2022 |
| 35942 | 9/8/2022 |
| 35827 | 9/8/2022 |
| 35795 | 9/7/2022 |
| 35776 | 9/7/2022 |
| 35766 | 9/7/2022 |
| 35764 | 9/7/2022 |
| 35754 | 9/7/2022 |
| 35752 | 9/7/2022 |
| 35699 | 9/7/2022 |
| 35694 | 9/7/2022 |
| 35647 | 9/6/2022 |
| 35631 | 9/6/2022 |
| 35528 | 9/4/2022 |
| 35498 | 9/2/2022 |
| 35447 | 9/2/2022 |
| 35426 | 9/2/2022 |
| 35254 | 9/1/2022 |
| 35249 | 9/1/2022 |
| 35213 | 8/31/2022 |

Sheet1

| | |
|---|---|
| 35158 | 8/31/2022 |
| 35066 | 8/30/2022 |
| 35063 | 8/30/2022 |
| 35029 | 8/30/2022 |
| 34992 | 8/30/2022 |
| 34968 | 8/30/2022 |
| 34953 | 8/30/2022 |
| 34942 | 8/30/2022 |
| 34869 | 8/29/2022 |
| 34860 | 8/29/2022 |
| 34821 | 8/28/2022 |
| 34787 | 8/28/2022 |
| 34783 | 8/28/2022 |
| 34741 | 8/27/2022 |
| 34643 | 8/26/2022 |
| 34639 | 8/26/2022 |
| 34603 | 8/25/2022 |
| 34523 | 8/25/2022 |
| 34513 | 8/25/2022 |
| 34507 | 8/25/2022 |
| 34433 | 8/25/2022 |
| 34469 | 8/24/2022 |
| 34434 | 8/24/2022 |
| 34394 | 8/24/2022 |
| 34387 | 8/24/2022 |
| 34354 | 8/24/2022 |
| 34313 | 8/24/2022 |
| 34279 | 8/23/2022 |
| 34261 | 8/23/2022 |
| 34255 | 8/23/2022 |
| 34187 | 8/23/2022 |
| 34167 | 8/23/2022 |
| 34166 | 8/23/2022 |
| 34132 | 8/23/2022 |

Sheet1

| | |
|---|---|
| 34086 | 8/22/2022 |
| 34054 | 8/22/2022 |
| 33984 | 8/21/2022 |
| 33981 | 8/21/2022 |
| 33933 | 8/20/2022 |
| 33927 | 8/20/2022 |
| 33884 | 8/20/2022 |
| 33821 | 8/19/2022 |
| 33757 | 8/19/2022 |
| 33724 | 8/18/2022 |
| 33699 | 8/18/2022 |
| 33662 | 8/18/2022 |
| 33661 | 8/18/2022 |
| 33594 | 8/18/2022 |
| 33569 | 8/18/2022 |
| 33559 | 8/17/2022 |
| 33550 | 8/17/2022 |
| 33525 | 8/17/2022 |
| 33457 | 8/17/2022 |
| 33450 | 8/17/2022 |
| 33422 | 8/17/2022 |
| 33377 | 8/16/2022 |
| 33343 | 8/16/2022 |
| 33281 | 8/16/2022 |
| 33278 | 8/16/2022 |
| 33197 | 8/15/2022 |
| 33194 | 8/15/2022 |
| 33177 | 8/15/2022 |
| 33189 | 8/14/2022 |
| 33146 | 8/14/2022 |
| 33122 | 8/14/2022 |
| 33195 | 8/13/2022 |
| 33032 | 8/13/2022 |
| 33031 | 8/13/2022 |

Sheet1

| | |
|---|---|
| 32948 | 8/12/2022 |
| 32941 | 8/12/2022 |
| 32881 | 8/12/2022 |
| 32845 | 8/11/2022 |
| 32809 | 8/11/2022 |
| 32753 | 8/11/2022 |
| 32747 | 8/11/2022 |
| 32907 | 8/10/2022 |
| 32844 | 8/10/2022 |
| 32717 | 8/10/2022 |
| 32680 | 8/10/2022 |
| 32619 | 8/10/2022 |
| 32608 | 8/10/2022 |
| 32601 | 8/10/2022 |
| 32593 | 8/10/2022 |
| 32561 | 8/10/2022 |
| 32560 | 8/10/2022 |
| 32482 | 8/9/2022 |
| 32434 | 8/9/2022 |
| 32431 | 8/9/2022 |
| 32427 | 8/9/2022 |
| 32507 | 8/8/2022 |
| 32276 | 8/7/2022 |
| 32261 | 8/7/2022 |
| 32257 | 8/7/2022 |
| 32236 | 8/7/2022 |
| 32230 | 8/7/2022 |
| 32165 | 8/7/2022 |
| 32159 | 8/6/2022 |
| 32156 | 8/6/2022 |
| 32122 | 8/6/2022 |
| 32086 | 8/6/2022 |
| 32074 | 8/6/2022 |
| 32069 | 8/6/2022 |

Sheet1

| | |
|---|---|
| 32058 | 8/6/2022 |
| 32045 | 8/6/2022 |
| 31938 | 8/6/2022 |
| 32234 | 8/5/2022 |
| 31994 | 8/5/2022 |
| 31969 | 8/5/2022 |
| 31900 | 8/4/2022 |
| 31891 | 8/4/2022 |
| 31884 | 8/4/2022 |
| 31813 | 8/4/2022 |
| 31850 | 8/3/2022 |
| 31823 | 8/3/2022 |
| 31742 | 8/3/2022 |
| 31739 | 8/3/2022 |
| 31723 | 8/3/2022 |
| 31718 | 8/3/2022 |
| 31706 | 8/3/2022 |
| 31671 | 8/3/2022 |
| 31621 | 8/2/2022 |
| 31558 | 8/2/2022 |
| 31484 | 7/31/2022 |
| 31313 | 7/30/2022 |
| 31303 | 7/29/2022 |
| 31220 | 7/29/2022 |
| 31219 | 7/29/2022 |
| 31172 | 7/29/2022 |
| 31169 | 7/29/2022 |
| 31150 | 7/28/2022 |
| 31133 | 7/28/2022 |
| 31124 | 7/28/2022 |
| 31121 | 7/28/2022 |
| 31098 | 7/28/2022 |
| 31066 | 7/28/2022 |
| 30781 | 7/28/2022 |

Sheet1

| | |
|---|---|
| 30969 | 7/27/2022 |
| 30886 | 7/27/2022 |
| 30820 | 7/27/2022 |
| 30814 | 7/27/2022 |
| 30785 | 7/26/2022 |
| 30776 | 7/26/2022 |
| 30713 | 7/26/2022 |
| 30709 | 7/26/2022 |
| 30699 | 7/26/2022 |
| 30579 | 7/25/2022 |
| 30465 | 7/24/2022 |
| 30463 | 7/24/2022 |
| 30462 | 7/24/2022 |
| 30457 | 7/24/2022 |
| 30430 | 7/23/2022 |
| 30367 | 7/22/2022 |
| 30365 | 7/22/2022 |
| 30349 | 7/22/2022 |
| 30328 | 7/22/2022 |
| 30242 | 7/22/2022 |
| 30235 | 7/22/2022 |
| 30231 | 7/22/2022 |
| 30230 | 7/22/2022 |
| 30220 | 7/21/2022 |
| 30219 | 7/21/2022 |
| 30211 | 7/21/2022 |
| 30208 | 7/21/2022 |
| 30154 | 7/21/2022 |
| 30137 | 7/21/2022 |
| 30077 | 7/21/2022 |
| 30075 | 7/21/2022 |
| 30072 | 7/20/2022 |
| 30067 | 7/20/2022 |
| 30030 | 7/20/2022 |

Sheet1

| | |
|---|---|
| 30019 | 7/20/2022 |
| 30016 | 7/20/2022 |
| 29831 | 7/19/2022 |
| 29828 | 7/19/2022 |
| 29795 | 7/19/2022 |
| 29756 | 7/19/2022 |
| 29748 | 7/18/2022 |
| 29747 | 7/18/2022 |
| 29683 | 7/17/2022 |
| 29631 | 7/16/2022 |
| 29601 | 7/16/2022 |
| 29596 | 7/16/2022 |
| 29592 | 7/16/2022 |
| 29581 | 7/16/2022 |
| 29577 | 7/16/2022 |
| 29560 | 7/16/2022 |
| 29651 | 7/15/2022 |
| 29494 | 7/15/2022 |
| 29476 | 7/15/2022 |
| 29421 | 7/15/2022 |
| 29404 | 7/15/2022 |
| 29525 | 7/14/2022 |
| 29462 | 7/14/2022 |
| 29431 | 7/14/2022 |
| 29347 | 7/13/2022 |
| 29236 | 7/13/2022 |
| 29322 | 7/12/2022 |
| 29116 | 7/12/2022 |
| 29042 | 7/11/2022 |
| 29001 | 7/11/2022 |
| 28944 | 7/10/2022 |
| 28928 | 7/9/2022 |
| 28924 | 7/9/2022 |
| 28508 | 7/6/2022 |

Sheet1

| | |
|---|---|
| 28399 | 7/5/2022 |
| 28352 | 7/2/2022 |
| 28261 | 7/1/2022 |
| 28167 | 7/1/2022 |
| 28166 | 7/1/2022 |
| 28081 | 6/30/2022 |
| 28003 | 6/30/2022 |
| 27933 | 6/29/2022 |
| 27870 | 6/28/2022 |
| 27841 | 6/28/2022 |
| 27650 | 6/27/2022 |
| 27637 | 6/27/2022 |
| 27592 | 6/26/2022 |
| 27589 | 6/26/2022 |
| 27553 | 6/25/2022 |
| 27570 | 6/24/2022 |
| 27504 | 6/24/2022 |
| 27494 | 6/24/2022 |
| 27474 | 6/24/2022 |
| 27470 | 6/24/2022 |
| 27442 | 6/24/2022 |
| 27539 | 6/23/2022 |
| 27387 | 6/23/2022 |
| 27327 | 6/23/2022 |
| 27319 | 6/23/2022 |
| 27261 | 6/23/2022 |
| 27186 | 6/22/2022 |
| 27170 | 6/22/2022 |
| 27263 | 6/21/2022 |
| 27033 | 6/20/2022 |
| 27022 | 6/20/2022 |
| 27003 | 6/20/2022 |
| 26997 | 6/20/2022 |
| 26942 | 6/19/2022 |

Sheet1

| | |
|---|---|
| 26938 | 6/19/2022 |
| 26879 | 6/18/2022 |
| 26873 | 6/17/2022 |
| 26857 | 6/17/2022 |
| 26809 | 6/17/2022 |
| 26779 | 6/17/2022 |
| 26762 | 6/16/2022 |
| 26756 | 6/16/2022 |
| 26738 | 6/16/2022 |
| 26703 | 6/16/2022 |
| 26699 | 6/16/2022 |
| 26643 | 6/16/2022 |
| 26638 | 6/15/2022 |
| 26627 | 6/15/2022 |
| 26577 | 6/15/2022 |
| 26497 | 6/14/2022 |
| 26489 | 6/14/2022 |
| 26475 | 6/14/2022 |
| 26315 | 6/13/2022 |
| 26314 | 6/13/2022 |
| 26309 | 6/13/2022 |
| 26236 | 6/11/2022 |
| 26178 | 6/10/2022 |
| 26119 | 6/10/2022 |
| 26077 | 6/9/2022 |
| 26069 | 6/9/2022 |
| 26010 | 6/8/2022 |
| 25991 | 6/8/2022 |
| 25982 | 6/8/2022 |
| 25877 | 6/7/2022 |
| 25829 | 6/6/2022 |
| 25795 | 6/6/2022 |
| 25791 | 6/6/2022 |
| 25683 | 6/3/2022 |

Sheet1

| | |
|---|---|
| 25678 | 6/3/2022 |
| 25591 | 6/2/2022 |
| 25590 | 6/2/2022 |
| 25584 | 6/2/2022 |
| 25571 | 6/2/2022 |
| 25494 | 6/1/2022 |
| 25493 | 6/1/2022 |
| 25451 | 6/1/2022 |
| 25383 | 6/1/2022 |
| 25385 | 5/31/2022 |
| 25363 | 5/31/2022 |
| 25346 | 5/31/2022 |
| 25302 | 5/30/2022 |
| 25258 | 5/28/2022 |
| 25241 | 5/28/2022 |
| 25208 | 5/28/2022 |
| 25211 | 5/27/2022 |
| 25202 | 5/27/2022 |
| 25189 | 5/27/2022 |
| 25154 | 5/27/2022 |
| 25115 | 5/26/2022 |
| 25031 | 5/25/2022 |
| 25026 | 5/25/2022 |
| 25004 | 5/25/2022 |
| 25001 | 5/25/2022 |
| 24975 | 5/25/2022 |
| 24966 | 5/25/2022 |
| 24961 | 5/25/2022 |
| 24905 | 5/25/2022 |
| 24876 | 5/24/2022 |
| 24781 | 5/24/2022 |
| 24775 | 5/23/2022 |
| 24744 | 5/23/2022 |
| 24710 | 5/23/2022 |

Sheet1

| | |
|---|---|
| 24707 | 5/23/2022 |
| 24656 | 5/21/2022 |
| 24664 | 5/20/2022 |
| 24621 | 5/20/2022 |
| 24515 | 5/20/2022 |
| 24512 | 5/20/2022 |
| 24497 | 5/19/2022 |
| 24495 | 5/19/2022 |
| 24453 | 5/19/2022 |
| 24426 | 5/19/2022 |
| 24420 | 5/19/2022 |
| 24399 | 5/19/2022 |
| 24401 | 5/18/2022 |
| 24380 | 5/18/2022 |
| 24377 | 5/18/2022 |
| 24362 | 5/18/2022 |
| 24298 | 5/17/2022 |
| 24245 | 5/17/2022 |
| 24198 | 5/17/2022 |
| 24189 | 5/16/2022 |
| 24142 | 5/16/2022 |
| 24109 | 5/16/2022 |
| 24085 | 5/14/2022 |
| 23984 | 5/13/2022 |
| 23914 | 5/12/2022 |
| 23912 | 5/12/2022 |
| 23860 | 5/12/2022 |
| 23817 | 5/11/2022 |
| 23813 | 5/11/2022 |
| 23806 | 5/11/2022 |
| 23754 | 5/11/2022 |
| 23699 | 5/10/2022 |
| 23685 | 5/10/2022 |
| 23652 | 5/10/2022 |

Sheet1

| | |
|---|---|
| 23630 | 5/10/2022 |
| 23610 | 5/9/2022 |
| 23473 | 5/7/2022 |
| 23444 | 5/7/2022 |
| 23441 | 5/7/2022 |
| 23431 | 5/6/2022 |
| 23427 | 5/6/2022 |
| 23411 | 5/6/2022 |
| 23228 | 5/5/2022 |
| 23207 | 5/5/2022 |
| 23211 | 5/4/2022 |
| 23190 | 5/4/2022 |
| 23188 | 5/4/2022 |
| 23163 | 5/4/2022 |
| 23144 | 5/4/2022 |
| 23104 | 5/4/2022 |
| 23101 | 5/4/2022 |
| 23097 | 5/4/2022 |
| 23050 | 5/3/2022 |
| 22988 | 5/3/2022 |
| 22987 | 5/3/2022 |
| 22983 | 5/3/2022 |
| 22964 | 5/2/2022 |
| 22850 | 4/30/2022 |
| 22804 | 4/29/2022 |
| 22793 | 4/29/2022 |
| 22780 | 4/29/2022 |
| 22748 | 4/29/2022 |
| 22686 | 4/29/2022 |
| 22545 | 4/27/2022 |
| 22537 | 4/27/2022 |
| 22519 | 4/27/2022 |
| 22466 | 4/27/2022 |
| 22468 | 4/26/2022 |

Sheet1

| | |
|---|---|
| 22464 | 4/26/2022 |
| 22419 | 4/26/2022 |
| 22354 | 4/25/2022 |
| 22350 | 4/25/2022 |
| 22346 | 4/25/2022 |
| 22195 | 4/23/2022 |
| 22193 | 4/22/2022 |
| 22192 | 4/22/2022 |
| 22178 | 4/22/2022 |
| 22108 | 4/21/2022 |
| 22105 | 4/21/2022 |
| 22064 | 4/21/2022 |
| 21906 | 4/19/2022 |
| 21879 | 4/19/2022 |
| 21809 | 4/19/2022 |
| 21769 | 4/18/2022 |
| 21754 | 4/18/2022 |
| 21665 | 4/18/2022 |
| 21647 | 4/15/2022 |
| 21634 | 4/15/2022 |
| 21581 | 4/15/2022 |
| 21563 | 4/15/2022 |
| 21544 | 4/15/2022 |
| 21539 | 4/15/2022 |
| 21529 | 4/14/2022 |
| 21527 | 4/14/2022 |
| 21524 | 4/14/2022 |
| 21500 | 4/14/2022 |
| 21471 | 4/14/2022 |
| 21428 | 4/14/2022 |
| 21395 | 4/13/2022 |
| 21366 | 4/13/2022 |
| 21302 | 4/12/2022 |
| 21283 | 4/12/2022 |

Sheet1

| | |
|---|---|
| 21225 | 4/12/2022 |
| 21205 | 4/11/2022 |
| 21147 | 4/11/2022 |
| 21108 | 4/10/2022 |
| 21104 | 4/10/2022 |
| 21096 | 4/10/2022 |
| 21057 | 4/9/2022 |
| 21034 | 4/8/2022 |
| 20993 | 4/8/2022 |
| 20900 | 4/8/2022 |
| 20881 | 4/7/2022 |
| 20865 | 4/7/2022 |
| 20861 | 4/7/2022 |
| 20856 | 4/7/2022 |
| 20836 | 4/7/2022 |
| 20785 | 4/7/2022 |
| 20772 | 4/7/2022 |
| 20765 | 4/7/2022 |
| 20756 | 4/7/2022 |
| 20755 | 4/6/2022 |
| 20753 | 4/6/2022 |
| 20654 | 4/5/2022 |
| 20640 | 4/5/2022 |
| 20571 | 4/4/2022 |
| 20497 | 4/4/2022 |
| 20494 | 4/4/2022 |
| 20489 | 4/4/2022 |
| 20449 | 4/2/2022 |
| 20428 | 4/1/2022 |
| 20376 | 4/1/2022 |
| 20327 | 3/31/2022 |
| 20320 | 3/31/2022 |
| 20298 | 3/31/2022 |
| 20221 | 3/30/2022 |

Sheet1

| | |
|---|---|
| 20219 | 3/30/2022 |
| 20217 | 3/30/2022 |
| 20207 | 3/30/2022 |
| 20156 | 3/30/2022 |
| 20155 | 3/30/2022 |
| 20139 | 3/30/2022 |
| 20114 | 3/29/2022 |
| 20085 | 3/29/2022 |
| 20048 | 3/28/2022 |
| 20045 | 3/28/2022 |
| 19951 | 3/27/2022 |
| 19894 | 3/25/2022 |
| 19867 | 3/25/2022 |
| 19834 | 3/25/2022 |
| 19778 | 3/25/2022 |
| 19774 | 3/25/2022 |
| 19505 | 3/25/2022 |
| 19738 | 3/24/2022 |
| 19736 | 3/24/2022 |
| 19699 | 3/24/2022 |
| 19693 | 3/24/2022 |
| 19652 | 3/23/2022 |
| 19561 | 3/22/2022 |
| 19500 | 3/22/2022 |
| 19414 | 3/21/2022 |
| 19396 | 3/19/2022 |
| 19284 | 3/18/2022 |
| 19279 | 3/18/2022 |
| 19267 | 3/17/2022 |
| 19159 | 3/17/2022 |
| 19089 | 3/16/2022 |
| 19088 | 3/16/2022 |
| 19085 | 3/16/2022 |
| 19084 | 3/16/2022 |

Sheet1

| | |
|---|---|
| 19075 | 3/16/2022 |
| 19078 | 3/15/2022 |
| 18999 | 3/14/2022 |
| 18995 | 3/14/2022 |
| 18779 | 3/10/2022 |
| 18777 | 3/10/2022 |
| 18776 | 3/10/2022 |
| 18767 | 3/10/2022 |
| 18759 | 3/10/2022 |
| 18694 | 3/9/2022 |
| 18692 | 3/9/2022 |
| 18670 | 3/9/2022 |
| 18655 | 3/9/2022 |
| 18607 | 3/8/2022 |
| 18601 | 3/8/2022 |
| 18592 | 3/8/2022 |
| 18591 | 3/8/2022 |
| 18570 | 3/8/2022 |
| 18524 | 3/7/2022 |
| 18514 | 3/7/2022 |
| 18453 | 3/6/2022 |
| 18433 | 3/5/2022 |
| 18397 | 3/4/2022 |
| 18394 | 3/4/2022 |
| 18368 | 3/4/2022 |
| 18345 | 3/4/2022 |
| 18330 | 3/3/2022 |
| 18319 | 3/3/2022 |
| 18295 | 3/3/2022 |
| 18293 | 3/3/2022 |
| 18279 | 3/3/2022 |
| 18262 | 3/3/2022 |
| 18237 | 3/2/2022 |
| 18235 | 3/2/2022 |

Sheet1

| 18152 | 3/1/2022 |
| 18115 | 3/1/2022 |
| 18067 | 2/28/2022 |
| 18017 | 2/27/2022 |
| 18016 | 2/27/2022 |
| 18001 | 2/26/2022 |
| 17949 | 2/25/2022 |
| 17917 | 2/25/2022 |
| 17915 | 2/25/2022 |
| 17914 | 2/25/2022 |
| 17885 | 2/24/2022 |
| 17846 | 2/24/2022 |
| 17828 | 2/23/2022 |
| 17775 | 2/23/2022 |
| 17772 | 2/22/2022 |
| 17759 | 2/22/2022 |
| 17755 | 2/22/2022 |
| 17721 | 2/22/2022 |
| 17711 | 2/21/2022 |
| 17710 | 2/21/2022 |
| 17706 | 2/21/2022 |
| 17697 | 2/21/2022 |
| 17631 | 2/19/2022 |
| 17600 | 2/19/2022 |
| 17696 | 2/18/2022 |
| 17592 | 2/18/2022 |
| 17569 | 2/18/2022 |
| 17518 | 2/17/2022 |
| 17417 | 2/16/2022 |
| 17357 | 2/16/2022 |
| 17326 | 2/16/2022 |
| 17506 | 2/15/2022 |
| 17372 | 2/15/2022 |
| 17320 | 2/15/2022 |

Sheet1

| | |
|---|---|
| 17335 | 2/14/2022 |
| 17240 | 2/12/2022 |
| 17222 | 2/12/2022 |
| 17216 | 2/12/2022 |
| 17202 | 2/12/2022 |
| 17201 | 2/12/2022 |
| 17142 | 2/11/2022 |
| 17127 | 2/11/2022 |
| 17124 | 2/11/2022 |
| 17104 | 2/11/2022 |
| 17103 | 2/11/2022 |
| 17433 | 2/10/2022 |
| 17098 | 2/10/2022 |
| 17097 | 2/10/2022 |
| 17096 | 2/10/2022 |
| 17077 | 2/10/2022 |
| 17046 | 2/9/2022 |
| 17025 | 2/9/2022 |
| 17005 | 2/9/2022 |
| 16938 | 2/8/2022 |
| 16883 | 2/8/2022 |
| 16882 | 2/8/2022 |
| 16456 | 2/8/2022 |
| 16852 | 2/7/2022 |
| 16842 | 2/7/2022 |
| 16812 | 2/6/2022 |
| 16756 | 2/4/2022 |
| 16740 | 2/4/2022 |
| 16713 | 2/3/2022 |
| 16712 | 2/3/2022 |
| 16680 | 2/3/2022 |
| 16667 | 2/3/2022 |
| 16657 | 2/2/2022 |
| 16623 | 2/2/2022 |

Sheet1

| | |
|---|---|
| 16608 | 2/2/2022 |
| 16534 | 2/2/2022 |
| 16564 | 2/1/2022 |
| 16535 | 2/1/2022 |
| 16450 | 2/1/2022 |
| 16530 | 1/31/2022 |
| 16510 | 1/31/2022 |
| 16500 | 1/31/2022 |
| 16495 | 1/31/2022 |
| 16489 | 1/30/2022 |
| 16487 | 1/30/2022 |
| 16474 | 1/29/2022 |
| 16473 | 1/29/2022 |
| 16454 | 1/28/2022 |
| 16453 | 1/28/2022 |
| 16451 | 1/28/2022 |
| 16421 | 1/28/2022 |
| 16415 | 1/28/2022 |
| 16413 | 1/28/2022 |
| 16393 | 1/28/2022 |
| 16381 | 1/28/2022 |
| 16380 | 1/28/2022 |
| 16370 | 1/27/2022 |
| 16348 | 1/27/2022 |
| 16338 | 1/27/2022 |
| 16337 | 1/27/2022 |
| 16336 | 1/27/2022 |
| 16310 | 1/27/2022 |
| 16296 | 1/26/2022 |
| 16290 | 1/26/2022 |
| 16253 | 1/26/2022 |
| 16238 | 1/25/2022 |
| 16082 | 1/25/2022 |
| 16171 | 1/24/2022 |

Sheet1

| | |
|---|---|
| 16158 | 1/24/2022 |
| 16125 | 1/24/2022 |
| 16118 | 1/24/2022 |
| 16116 | 1/24/2022 |
| 16115 | 1/24/2022 |
| 16083 | 1/22/2022 |
| 16059 | 1/21/2022 |
| 16050 | 1/21/2022 |
| 16046 | 1/21/2022 |
| 16034 | 1/21/2022 |
| 16022 | 1/21/2022 |
| 15995 | 1/21/2022 |
| 15993 | 1/20/2022 |
| 15953 | 1/20/2022 |
| 15918 | 1/19/2022 |
| 15887 | 1/18/2022 |
| 15851 | 1/18/2022 |
| 15710 | 1/14/2022 |
| 15679 | 1/14/2022 |
| 15579 | 1/14/2022 |
| 15676 | 1/13/2022 |
| 15648 | 1/13/2022 |
| 15614 | 1/12/2022 |
| 15610 | 1/12/2022 |
| 15588 | 1/12/2022 |
| 15540 | 1/12/2022 |
| 15525 | 1/11/2022 |
| 15494 | 1/11/2022 |
| 15436 | 1/11/2022 |
| 15447 | 1/9/2022 |
| 15428 | 1/8/2022 |
| 15354 | 1/8/2022 |
| 15391 | 1/7/2022 |
| 15390 | 1/7/2022 |

Sheet1

| | |
|---|---|
| 15389 | 1/7/2022 |
| 15373 | 1/7/2022 |
| 15328 | 1/6/2022 |
| 15321 | 1/6/2022 |
| 15316 | 1/6/2022 |
| 15296 | 1/6/2022 |
| 15282 | 1/6/2022 |
| 15268 | 1/5/2022 |
| 15265 | 1/5/2022 |
| 15261 | 1/5/2022 |
| 15259 | 1/5/2022 |
| 15258 | 1/5/2022 |
| 15246 | 1/5/2022 |
| 15221 | 1/5/2022 |
| 15210 | 1/5/2022 |
| 15209 | 1/5/2022 |
| 15205 | 1/4/2022 |
| 15203 | 1/4/2022 |
| 15200 | 1/4/2022 |
| 15182 | 1/4/2022 |
| 15177 | 1/4/2022 |
| 15143 | 1/4/2022 |
| 15144 | 1/3/2022 |
| 15122 | 1/3/2022 |
| 15100 | 12/31/2021 |
| 15084 | 12/30/2021 |
| 15047 | 12/30/2021 |
| 15034 | 12/29/2021 |
| 15029 | 12/29/2021 |
| 15024 | 12/29/2021 |
| 15023 | 12/29/2021 |
| 15180 | 12/28/2021 |
| 14991 | 12/28/2021 |
| 14990 | 12/28/2021 |

Sheet1

| 14985 | 12/28/2021 |
|-------|------------|
| 14984 | 12/28/2021 |
| 14944 | 12/27/2021 |
| 14922 | 12/27/2021 |
| 14920 | 12/27/2021 |
| 14914 | 12/27/2021 |
| 14907 | 12/27/2021 |
| 14906 | 12/27/2021 |
| 14841 | 12/22/2021 |
| 14829 | 12/22/2021 |
| 14787 | 12/22/2021 |
| 14786 | 12/22/2021 |
| 14785 | 12/22/2021 |
| 14782 | 12/21/2021 |
| 14773 | 12/21/2021 |
| 14751 | 12/21/2021 |
| 14748 | 12/21/2021 |
| 14737 | 12/21/2021 |
| 14709 | 12/20/2021 |
| 14684 | 12/20/2021 |
| 14676 | 12/20/2021 |
| 14675 | 12/20/2021 |
| 14672 | 12/20/2021 |
| 14671 | 12/20/2021 |
| 14665 | 12/20/2021 |
| 14649 | 12/20/2021 |
| 14646 | 12/20/2021 |
| 14601 | 12/20/2021 |
| 14631 | 12/18/2021 |
| 14603 | 12/18/2021 |
| 14602 | 12/17/2021 |
| 14600 | 12/17/2021 |
| 14596 | 12/17/2021 |
| 14593 | 12/17/2021 |

Sheet1

| | |
|---|---|
| 14590 | 12/17/2021 |
| 14589 | 12/17/2021 |
| 14575 | 12/17/2021 |
| 14570 | 12/17/2021 |
| 14555 | 12/17/2021 |
| 14537 | 12/17/2021 |
| 14539 | 12/16/2021 |
| 14536 | 12/16/2021 |
| 14532 | 12/16/2021 |
| 14531 | 12/16/2021 |
| 14511 | 12/16/2021 |
| 14488 | 12/16/2021 |
| 14472 | 12/15/2021 |
| 14466 | 12/15/2021 |
| 14462 | 12/15/2021 |
| 14450 | 12/15/2021 |
| 14445 | 12/15/2021 |
| 14443 | 12/15/2021 |
| 14429 | 12/15/2021 |
| 14427 | 12/15/2021 |
| 14407 | 12/15/2021 |
| 14395 | 12/14/2021 |
| 14385 | 12/14/2021 |
| 14367 | 12/14/2021 |
| 14363 | 12/14/2021 |
| 14339 | 12/14/2021 |
| 14338 | 12/14/2021 |
| 14324 | 12/13/2021 |
| 14315 | 12/13/2021 |
| 14264 | 12/13/2021 |
| 14239 | 12/13/2021 |
| 14243 | 12/11/2021 |
| 14222 | 12/11/2021 |
| 14202 | 12/10/2021 |

Sheet1

| | |
|---|---|
| 14200 | 12/10/2021 |
| 14178 | 12/10/2021 |
| 14168 | 12/10/2021 |
| 14166 | 12/10/2021 |
| 14160 | 12/10/2021 |
| 14151 | 12/9/2021 |
| 14146 | 12/9/2021 |
| 14123 | 12/9/2021 |
| 14119 | 12/9/2021 |
| 14102 | 12/9/2021 |
| 14101 | 12/9/2021 |
| 14094 | 12/9/2021 |
| 14070 | 12/8/2021 |
| 14062 | 12/8/2021 |
| 14010 | 12/7/2021 |
| 13999 | 12/7/2021 |
| 13993 | 12/7/2021 |
| 13878 | 12/7/2021 |
| 13840 | 12/7/2021 |
| 13763 | 12/7/2021 |
| 13941 | 12/6/2021 |
| 13936 | 12/6/2021 |
| 13931 | 12/6/2021 |
| 13925 | 12/6/2021 |
| 13896 | 12/4/2021 |
| 13875 | 12/4/2021 |
| 13869 | 12/4/2021 |
| 13867 | 12/4/2021 |
| 13866 | 12/4/2021 |
| 13863 | 12/4/2021 |
| 13862 | 12/4/2021 |
| 13860 | 12/4/2021 |
| 13838 | 12/3/2021 |
| 13832 | 12/3/2021 |

Sheet1

| | |
|---|---|
| 13829 | 12/3/2021 |
| 13817 | 12/3/2021 |
| 13799 | 12/2/2021 |
| 13789 | 12/2/2021 |
| 13776 | 12/2/2021 |
| 13774 | 12/2/2021 |
| 13746 | 12/1/2021 |
| 13743 | 12/1/2021 |
| 13727 | 12/1/2021 |
| 13717 | 12/1/2021 |
| 13720 | 11/30/2021 |
| 13718 | 11/30/2021 |
| 13703 | 11/30/2021 |
| 13701 | 11/30/2021 |
| 13700 | 11/30/2021 |
| 13696 | 11/30/2021 |
| 13694 | 11/30/2021 |
| 13691 | 11/30/2021 |
| 13679 | 11/30/2021 |
| 13663 | 11/30/2021 |
| 13346 | 11/30/2021 |
| 13665 | 11/29/2021 |
| 13659 | 11/29/2021 |
| 13655 | 11/29/2021 |
| 13619 | 11/28/2021 |
| 13603 | 11/26/2021 |
| 13576 | 11/26/2021 |
| 13574 | 11/26/2021 |
| 13568 | 11/24/2021 |
| 13561 | 11/24/2021 |
| 13559 | 11/24/2021 |
| 13554 | 11/24/2021 |
| 13530 | 11/24/2021 |
| 13497 | 11/24/2021 |

Sheet1

| | |
|---|---|
| 13517 | 11/23/2021 |
| 13516 | 11/23/2021 |
| 13514 | 11/23/2021 |
| 13501 | 11/23/2021 |
| 13482 | 11/23/2021 |
| 13481 | 11/23/2021 |
| 13476 | 11/23/2021 |
| 13448 | 11/23/2021 |
| 13466 | 11/22/2021 |
| 13455 | 11/22/2021 |
| 13449 | 11/22/2021 |
| 13442 | 11/22/2021 |
| 13438 | 11/22/2021 |
| 13425 | 11/22/2021 |
| 13403 | 11/20/2021 |
| 13407 | 11/19/2021 |
| 13400 | 11/19/2021 |
| 13395 | 11/19/2021 |
| 13380 | 11/19/2021 |
| 13363 | 11/19/2021 |
| 13362 | 11/19/2021 |
| 13360 | 11/19/2021 |
| 13343 | 11/19/2021 |
| 13342 | 11/19/2021 |
| 13340 | 11/19/2021 |
| 13347 | 11/18/2021 |
| 13323 | 11/18/2021 |
| 13306 | 11/18/2021 |
| 13298 | 11/18/2021 |
| 13286 | 11/18/2021 |
| 13285 | 11/18/2021 |
| 13281 | 11/18/2021 |
| 13235 | 11/17/2021 |
| 13233 | 11/17/2021 |

Sheet1

| | |
|---|---|
| 13249 | 11/16/2021 |
| 13245 | 11/16/2021 |
| 13243 | 11/16/2021 |
| 13229 | 11/16/2021 |
| 13216 | 11/16/2021 |
| 13183 | 11/16/2021 |
| 13162 | 11/16/2021 |
| 13206 | 11/15/2021 |
| 13184 | 11/15/2021 |
| 13164 | 11/15/2021 |
| 13156 | 11/15/2021 |
| 13149 | 11/15/2021 |
| 13155 | 11/13/2021 |
| 13051 | 11/13/2021 |
| 13094 | 11/12/2021 |
| 13072 | 11/11/2021 |
| 13050 | 11/11/2021 |
| 13010 | 11/9/2021 |
| 13004 | 11/9/2021 |
| 12985 | 11/9/2021 |
| 12984 | 11/9/2021 |
| 12971 | 11/9/2021 |
| 12948 | 11/9/2021 |
| 12908 | 11/9/2021 |
| 12874 | 11/9/2021 |
| 12955 | 11/8/2021 |
| 12921 | 11/8/2021 |
| 12894 | 11/8/2021 |
| 12893 | 11/8/2021 |
| 12862 | 11/6/2021 |
| 12860 | 11/5/2021 |
| 12853 | 11/5/2021 |
| 12851 | 11/5/2021 |
| 12849 | 11/5/2021 |

Sheet1

| | |
|---|---|
| 12848 | 11/5/2021 |
| 12841 | 11/5/2021 |
| 12782 | 11/5/2021 |
| 12854 | 11/4/2021 |
| 12850 | 11/4/2021 |
| 12833 | 11/4/2021 |
| 12831 | 11/4/2021 |
| 12799 | 11/4/2021 |
| 12793 | 11/4/2021 |
| 12791 | 11/4/2021 |
| 12725 | 11/4/2021 |
| 12712 | 11/4/2021 |
| 12803 | 11/3/2021 |
| 12801 | 11/3/2021 |
| 12792 | 11/3/2021 |
| 12771 | 11/3/2021 |
| 12757 | 11/3/2021 |
| 12721 | 11/3/2021 |
| 12719 | 11/3/2021 |
| 12718 | 11/3/2021 |
| 12673 | 11/3/2021 |
| 12681 | 11/2/2021 |
| 12679 | 11/2/2021 |
| 12646 | 11/2/2021 |
| 12641 | 11/2/2021 |
| 12691 | 11/1/2021 |
| 12655 | 11/1/2021 |
| 12615 | 11/1/2021 |
| 12590 | 10/29/2021 |
| 12566 | 10/29/2021 |
| 12543 | 10/29/2021 |
| 12614 | 10/28/2021 |
| 12513 | 10/28/2021 |
| 12495 | 10/28/2021 |

Sheet1

| | |
|---|---|
| 12455 | 10/28/2021 |
| 12447 | 10/27/2021 |
| 12461 | 10/26/2021 |
| 12432 | 10/26/2021 |
| 12384 | 10/26/2021 |
| 12428 | 10/25/2021 |
| 12391 | 10/25/2021 |
| 12357 | 10/25/2021 |
| 12280 | 10/22/2021 |
| 12292 | 10/21/2021 |
| 12291 | 10/21/2021 |
| 12290 | 10/21/2021 |
| 12288 | 10/21/2021 |
| 12249 | 10/21/2021 |
| 12238 | 10/20/2021 |
| 12190 | 10/19/2021 |
| 12182 | 10/19/2021 |
| 12173 | 10/19/2021 |
| 12149 | 10/19/2021 |
| 12144 | 10/19/2021 |
| 12156 | 10/18/2021 |
| 12141 | 10/18/2021 |
| 12115 | 10/18/2021 |
| 12108 | 10/18/2021 |
| 12096 | 10/18/2021 |
| 12157 | 10/16/2021 |
| 12109 | 10/15/2021 |
| 12106 | 10/15/2021 |
| 12088 | 10/15/2021 |
| 12073 | 10/15/2021 |
| 12072 | 10/15/2021 |
| 12067 | 10/15/2021 |
| 12064 | 10/15/2021 |
| 12058 | 10/15/2021 |

Sheet1

| | |
|---|---|
| 12055 | 10/15/2021 |
| 12040 | 10/14/2021 |
| 12011 | 10/13/2021 |
| 12003 | 10/13/2021 |
| 11977 | 10/12/2021 |
| 11951 | 10/11/2021 |
| 11944 | 10/11/2021 |
| 11931 | 10/11/2021 |
| 11897 | 10/9/2021 |
| 11891 | 10/9/2021 |
| 11878 | 10/8/2021 |
| 11873 | 10/8/2021 |
| 11861 | 10/8/2021 |
| 11880 | 10/7/2021 |
| 11852 | 10/7/2021 |
| 11834 | 10/7/2021 |
| 11822 | 10/7/2021 |
| 11788 | 10/7/2021 |
| 11812 | 10/6/2021 |
| 11770 | 10/6/2021 |
| 11764 | 10/5/2021 |
| 11762 | 10/5/2021 |
| 11709 | 10/5/2021 |
| 11739 | 10/4/2021 |
| 11724 | 10/4/2021 |
| 11681 | 10/3/2021 |
| 11680 | 10/3/2021 |
| 11704 | 10/2/2021 |
| 11674 | 10/2/2021 |
| 11660 | 10/1/2021 |
| 11659 | 10/1/2021 |
| 11649 | 10/1/2021 |
| 11640 | 10/1/2021 |
| 11639 | 10/1/2021 |

Sheet1

| | |
|---|---|
| 11637 | 9/30/2021 |
| 11635 | 9/30/2021 |
| 11631 | 9/30/2021 |
| 11630 | 9/30/2021 |
| 11624 | 9/30/2021 |
| 11613 | 9/30/2021 |
| 11601 | 9/30/2021 |
| 11598 | 9/29/2021 |
| 11594 | 9/29/2021 |
| 11589 | 9/29/2021 |
| 11586 | 9/29/2021 |
| 11578 | 9/29/2021 |
| 11565 | 9/29/2021 |
| 11562 | 9/29/2021 |
| 11551 | 9/29/2021 |
| 11542 | 9/28/2021 |
| 11498 | 9/28/2021 |
| 11496 | 9/28/2021 |
| 11446 | 9/27/2021 |
| 11454 | 9/25/2021 |
| 11453 | 9/25/2021 |
| 11445 | 9/25/2021 |
| 11465 | 9/24/2021 |
| 11461 | 9/24/2021 |
| 11456 | 9/24/2021 |
| 11385 | 9/24/2021 |
| 11418 | 9/23/2021 |
| 11382 | 9/23/2021 |
| 11380 | 9/23/2021 |
| 11240 | 9/23/2021 |
| 11362 | 9/22/2021 |
| 11343 | 9/22/2021 |
| 11340 | 9/22/2021 |
| 11311 | 9/22/2021 |

Sheet1

| | |
|---|---|
| 11315 | 9/21/2021 |
| 11269 | 9/21/2021 |
| 11298 | 9/20/2021 |
| 11289 | 9/20/2021 |
| 11288 | 9/20/2021 |
| 11260 | 9/20/2021 |
| 11256 | 9/20/2021 |
| 11263 | 9/18/2021 |
| 11259 | 9/18/2021 |
| 11239 | 9/18/2021 |
| 11197 | 9/16/2021 |
| 11216 | 9/15/2021 |
| 11144 | 9/14/2021 |
| 11126 | 9/14/2021 |
| 11115 | 9/14/2021 |
| 11175 | 9/13/2021 |
| 11120 | 9/13/2021 |
| 11117 | 9/13/2021 |
| 11097 | 9/12/2021 |
| 11105 | 9/11/2021 |
| 11095 | 9/11/2021 |
| 11080 | 9/11/2021 |
| 11065 | 9/10/2021 |
| 11048 | 9/10/2021 |
| 11028 | 9/10/2021 |
| 11058 | 9/9/2021 |
| 11045 | 9/9/2021 |
| 11021 | 9/9/2021 |
| 11020 | 9/8/2021 |
| 11019 | 9/8/2021 |
| 11016 | 9/8/2021 |
| 11012 | 9/8/2021 |
| 10966 | 9/8/2021 |
| 10987 | 9/7/2021 |

Sheet1

| | |
|---|---|
| 10975 | 9/7/2021 |
| 10902 | 9/7/2021 |
| 10934 | 9/3/2021 |
| 10893 | 9/3/2021 |
| 10896 | 9/2/2021 |
| 10863 | 9/2/2021 |
| 10849 | 8/31/2021 |
| 10848 | 8/31/2021 |
| 10825 | 8/31/2021 |
| 10812 | 8/31/2021 |
| 10824 | 8/30/2021 |
| 10819 | 8/30/2021 |
| 10807 | 8/30/2021 |
| 10784 | 8/28/2021 |
| 10776 | 8/27/2021 |
| 10768 | 8/27/2021 |
| 10751 | 8/26/2021 |
| 10750 | 8/26/2021 |
| 10732 | 8/26/2021 |
| 10715 | 8/26/2021 |
| 10717 | 8/25/2021 |
| 10672 | 8/24/2021 |
| 10666 | 8/24/2021 |
| 10660 | 8/24/2021 |
| 10650 | 8/24/2021 |
| 10648 | 8/23/2021 |
| 10639 | 8/23/2021 |
| 10615 | 8/22/2021 |
| 10582 | 8/20/2021 |
| 10580 | 8/20/2021 |
| 10564 | 8/19/2021 |
| 10544 | 8/19/2021 |
| 10540 | 8/19/2021 |
| 10532 | 8/19/2021 |

Sheet1

| | |
|---|---|
| 10505 | 8/19/2021 |
| 10424 | 8/16/2021 |
| 10426 | 8/14/2021 |
| 10539 | 8/12/2021 |
| 10399 | 8/12/2021 |
| 10352 | 8/12/2021 |
| 10349 | 8/11/2021 |
| 10327 | 8/10/2021 |
| 10314 | 8/10/2021 |
| 10299 | 8/9/2021 |
| 10275 | 8/9/2021 |
| 10284 | 8/7/2021 |
| 10256 | 8/6/2021 |
| 10223 | 8/6/2021 |
| 10219 | 8/6/2021 |
| 10181 | 8/4/2021 |
| 10185 | 8/3/2021 |
| 10144 | 8/3/2021 |
| 10179 | 8/3/2021 |
| 10197 | 8/2/2021 |
| 10153 | 8/2/2021 |
| 10147 | 8/2/2021 |
| 10138 | 8/1/2021 |
| 10101 | 7/30/2021 |
| 10048 | 7/29/2021 |
| 10016 | 7/28/2021 |
| 10008 | 7/28/2021 |
| 10015 | 7/26/2021 |
| 9992 | 7/26/2021 |
| 9967 | 7/26/2021 |
| 9955 | 7/25/2021 |
| 9948 | 7/25/2021 |
| 9987 | 7/24/2021 |
| 9937 | 7/24/2021 |

Sheet1

| | |
|---|---|
| 9932 | 7/23/2021 |
| 9923 | 7/23/2021 |
| 9919 | 7/22/2021 |
| 9902 | 7/22/2021 |
| 9904 | 7/21/2021 |
| 9898 | 7/21/2021 |
| 9886 | 7/21/2021 |
| 9884 | 7/21/2021 |
| 9854 | 7/19/2021 |
| 9841 | 7/19/2021 |
| 9815 | 7/17/2021 |
| 9809 | 7/17/2021 |
| 9786 | 7/15/2021 |
| 9777 | 7/15/2021 |
| 9751 | 7/14/2021 |
| 9739 | 7/14/2021 |
| 9725 | 7/14/2021 |
| 9717 | 7/14/2021 |
| 9721 | 7/13/2021 |
| 9690 | 7/13/2021 |
| 9683 | 7/12/2021 |