**EXHIBIT "C"**

*SoFA Response #7*

*Litigation*

| STATE | Agency | Entity | Complaint Type | Complaint No. | CURRENT STATUS |
|---|---|---|---|---|---|
| Arizona | Moyes Sellers & Hendricks | MV Realty of Arizona LLC | Legal Letter | - | Pending |
| Arizona | Office of the Arizona Attorney General, Civil Litigation Division, Consumer Protection & Advocacy Section | MV Realty of Arizona LLC | CID | CLU-INV-2023-0003 | Pending |
| Arizona | Mark A. Tucker, P.C. | MV Realty of Arizona LLC | Legal Letter | - | Pending |
| Arizona | Arizona Office of Attorney General | MV Realty of Arizona LLC | General Consumer Complaint | CIC 22-001255 | Pending |
| Arizona | Office of the Attorney General, Civil Litigation Division, Consumer Protection & Advocacy Section | MV Realty of Arizona LLC | General Consumer Complaint | CIC 23-004218 | Pending |